**BARCLAY DAMON**ᴸᴸᴾ

**Paul A. Sanders**
*Partner*

July 12, 2023

**VIA CM/ECF AND ELECTRONIC & REGULAR MAIL**

Hon. Kenneth M. Karas
U.S. District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Harris v. Westchester, et al.
               Civil Action No.: 7:22-cv-10511
               Westchester County Index No.:  62964/2022
               Our File No.:  3200634

Dear Judge Karas:

      All defendants in this case recently filed FRCP Rule 12(b)(6) motions to dismiss the pleadings, per authorization of the Court. On June 30, 2023, Plaintiff Dujuan A. Harris ("Plaintiff") filed papers opposing the motions to dismiss and seeking leave to amend (*dkt*. 31). On July 5, 2023, defendants filed a response, consenting to Plaintiff's request to file a First Amended Complaint, while reserving all rights with respect to the amended pleadings (*dkt*. 32).

      The parties have now met and conferred and jointly request the following relief: That the pending motions to dismiss be terminated without prejudice. Plaintiff shall have 30 days from the date this application is So Ordered to file the First Amended Complaint. Defendants will then have 30 days from the filing of the First Amended Complaint to serve answers or otherwise move.

      All parties consent to this request.

      Thank you for Your Honor's consideration of this request.

> Granted. The Clerk is requested to terminate all pending Motions to Dismiss (Doc. #s 16, 19, 29). The schedule proposed herein going forward is approved.
>
> So Ordered.
>
> [signature] 7/12/23

Respectfully submitted,

[signature]

Paul A. Sanders

PAS:np

      cc:    Hugh G. Jasne, Esq. (via CM/ECF & electronic mail)

2000 Five Star Bank Plaza · 100 Chestnut Street · Rochester, New York 14604  barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422
26651160.1